ROBERT SCHUYLER, an Infant, by JANICE SCHUYLER, His Guardian ad Litem, Appellant, et al., Plaintiff, v. BOARD OF EDUCATION UNION FREE SCHOOL DISTRICT No. 7, et al., Respondents.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.